**NEW YORK & NEW JERSEY STEAMBOAT COMPANY, Appellee, v. THE Ferryboat PHILADELPHIA, Her Engines, Etc., PENNSYLVANIA RAILROAD CO., Appellant.**
No. 65.

Circuit Court of Appeals, Second Circuit.
Dec. 4, 1933.

Burlingham, Veeder, Fearey, Clark & Hupper, of New York City (Stanley R. Wright, and Chauncey I. Clark, both of New York City, of counsel), for appellant.

Purdy & Purdy, of New York City (John E. Purdy and William F. Purdy, both of New York City, of counsel), for appellee.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.
Decree affirmed without opinion.

**Paul NIXON, Appellant, v. UNITED STATES of America, Appellee.**
No. 3543.

Circuit Court of Appeals, Fourth Circuit.
Oct. 14, 1933.

William G. Thompson, of Fayetteville, W. Va., for appellant.

David D. Ashworth, U. S. Atty., of Charleston, W. Va.

PER CURIAM.
Appeal dismissed. Order filed.

**NORWICH UNION INDEMNITY CO. v. Mary. PLUTO.**
No. 6388.

Circuit Court of Appeals, Sixth Circuit.
Oct. 4, 1933.

Bulkley, Hauxhurst, Inglis & Sharp, of Cleveland, Ohio, for appellant.

Steuer, Briggs & Siegel, of Cleveland, Ohio, for appellee.

PER CURIAM.
Dismissed pursuant to stipulation of counsel.

**Lonnie J. OAKLEY v. UNITED STATES of America.**
No. 964.

Circuit Court of Appeals, Tenth Circuit.
Sept. 26, 1933.

William T. Powell, of Walters, Okl., for appellant.

Herbert K. Hyde, U. S. Atty., of Oklahoma City, Okl.

Before PHILLIPS and BRATTON, Circuit Judges, and SYMES, District Judge.

PER CURIAM.
Appeal dismissed, for failure to prosecute.